B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nestor, Thomas B Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Nestor, Anna E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7863** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7222** |
| Street Address of Debtor (No. and Street, City, and State):<br>**14460 Raneys Lane**<br>**Orland Park, IL**<br>ZIP Code **60462** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**14460 Raneys Lane**<br>**Orland Park, IL**<br>ZIP Code **60462** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nestor, Thomas B Sr.**<br>**Nestor, Anna E** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nestor, Thomas B Sr.**<br>**Nestor, Anna E** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Thomas B Nestor, Sr.**
Signature of Debtor  **Thomas B Nestor, Sr.**

**X  /s/ Anna E Nestor**
Signature of Joint Debtor  **Anna E Nestor**

Telephone Number (If not represented by attorney)

**November 29, 2012**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X  /s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

Address

**Email: fingram@fingramlaw.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**November 29, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Thomas B Nestor, Sr.**
       **Anna E Nestor**                                         Case No.
                                    Debtor(s)                    Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Thomas B Nestor, Sr.**
                       **Thomas B Nestor, Sr.**

Date:   **November 29, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Thomas B Nestor, Sr.**
       **Anna E Nestor**
                                    Debtor(s)

Case No. _____

Chapter  **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Anna E Nestor**
**Anna E Nestor**

Date: **November 29, 2012**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Thomas B Nestor, Sr.**
**Anna E Nestor**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | CreditCard | | 4,993.00 |
| Country Leasing<br>P.O. Box 2020<br>Bloomington, IL 61701 | Country Leasing<br>P.O. Box 2020<br>Bloomington, IL 61701 | | | 30,811.00 |
| Ford Motor Credit<br>P.O. Box 6275<br>Dearborn, MI 48121 | Ford Motor Credit<br>P.O. Box 6275<br>Dearborn, MI 48121 | 2008 Ford Edge 4-door (100,000 mi) | | 11,717.00<br><br>(3,000.00 secured) |
| Fresh Cut<br>28802 Passages Lane<br>New Lenox, IL 60451 | Fresh Cut<br>28802 Passages Lane<br>New Lenox, IL 60451 | Landscaping | | 15,000.00 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | | | 40,495.00 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | | | 16,518.00 |
| Internal Revenue Service<br>230 S. Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 | Internal Revenue Service<br>230 S. Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 | | | 187,580.00 |
| Internal Revenue Service<br>230 S. Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 | Internal Revenue Service<br>230 S. Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 | | | 13,355.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Thomas B Nestor, Sr.**
**Anna E Nestor**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>230 S. Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 | Internal Revenue Service<br>230 S. Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 | | | 9,133.00 |
| Land Rover Capital<br>P.O. Box 680020<br>Franklin, TN 37068 | Land Rover Capital<br>P.O. Box 680020<br>Franklin, TN 37068 | 2007 Land Rover (105,000 MI) | | 23,206.00<br><br>(18,000.00 secured) |
| Mission Signs<br>11555 W 183rd Pl<br>Suite D<br>Orland Park, IL 60467 | Mission Signs<br>11555 W 183rd Pl<br>Suite D<br>Orland Park, IL 60467 | Advertising, marketing | | 3,500.00 |
| Puget Sound Leasing<br>P.O. Box 2149<br>Gig Harbor, WA 98335 | Puget Sound Leasing<br>P.O. Box 2149<br>Gig Harbor, WA 98335 | Lease arrears | | 5,000.00 |
| Regions Mortgage<br>P.O. Box 18001<br>Hattiesburg, MS 39404 | Regions Mortgage<br>P.O. Box 18001<br>Hattiesburg, MS 39404 | Three-bedroom condo unit<br>5700 Saddlebrook Way<br>Wesley Chapel, FL 33543 | | 202,690.00<br><br>(130,000.00 secured) |
| Richard Johnson<br>1 South 443 Summit, Suite 302<br>Oakbrook Terrace, IL 60181 | Richard Johnson<br>1 South 443 Summit, Suite 302<br>Oakbrook Terrace, IL 60181 | Past due accountant fees | | 4,720.00 |
| Route 20 Sewer/Water<br>821 Chatfuked Rd<br>New Lenox, IL 60451 | Route 20 Sewer/Water<br>821 Chatfuked Rd<br>New Lenox, IL 60451 | | | 170,362.00 |
| Saddlebrook Association<br>5700 Saddlebrook Wat<br>Wesley Chapel, FL 33543 | Saddlebrook Association<br>5700 Saddlebrook Wat<br>Wesley Chapel, FL 33543 | Condo Association Fees for 3 years | | 15,618.00 |
| Up/regionsm Bankruptcy<br>Po Box 18001<br>Hattiesburg, MS 39404 | Up/regionsm Bankruptcy<br>Po Box 18001<br>Hattiesburg, MS 39404 | ConventionalRealEstateMortgage | | 202,690.00<br><br>(Unknown secured) |
| Urban Partnership Bank<br>c/o SmithAmundsen LLC<br>150 N. Michigan Ave., Ste 3300<br>Chicago, IL 60601-7524 | Urban Partnership Bank<br>c/o SmithAmundsen LLC<br>150 N. Michigan Ave., Ste 3300<br>Chicago, IL 60601-7524 | Claim of breach of contract | Contingent<br>Unliquidated<br>Disputed | 2,025,331.79 |
| Urban Partnership Bank<br>c/o SmithAmundsen LL<br>150 N. Michigan Ave, Ste 3300<br>Chicago, IL 60601-7524 | Urban Partnership Bank<br>c/o SmithAmundsen LL<br>150 N. Michigan Ave, Ste 3300<br>Chicago, IL 60601-7524 | Vacant Lots (1.75 acres) Next to 13245 W. Lincoln Highway<br>New Lenox, IL 60451 | Contingent<br>Unliquidated | 2,025,331.79<br><br>(600,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Thomas B Nestor, Sr.**
**Anna E Nestor**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **World's Finest Chocolate P.O. Box 3547 Covington, LA 70434** | **World's Finest Chocolate P.O. Box 3547 Covington, LA 70434** | **2009 Candy bars for fundraising** | **Disputed** | **14,824.04** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Thomas B Nestor, Sr.** and **Anna E Nestor**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **November 29, 2012**    Signature **/s/ Thomas B Nestor, Sr.**
**Thomas B Nestor, Sr.**
Debtor

Date **November 29, 2012**    Signature **/s/ Anna E Nestor**
**Anna E Nestor**
Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Anna E. Sears Preschool, Inc.
13245 W. Lincoln Highway,
New Lenox, IL 60451


Applied Network Concepts
1960 Ohio St
Lisle, IL 60532


C. Drott & Associates
P.O. Box 3547
Covington, LA 70434


Cap One
Po Box 5253
Carol Stream, IL 60197


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Central DuPage Hospital
25 N Winfiled Road
Winfield, IL 60190


Chicago Title Land Trust Co.
171 N Clark St
Suite 575
Chicago, IL 60601


Chip Shoppe
4759 Heaterwood Rd
Saint Cloud, MN 56301


Chiro Med
9441 W 144th Place
Orland Park, IL 60462


Chrysler Financial/TD Auto Finance
Attn: Bankruptcy
P.O. Box 860
Roanoke, TX 76262

```
Cooler Smart
77 MCCullough Dr
New Castle, DE 19720


Country Leasing
P.O. Box 2020
Bloomington, IL 61701


Cross Points
10 E Main St
Suite 101
Dundee, IL 60118


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Doornbos Heating
11310 S Cicero Ave
Alsip, IL 60803


First Franklin Funding
c/o SPS Service Co.
P.O. Box 65250
Salt Lake City, UT 84165


Ford Motor Credit
P.O. Box 6275
Dearborn, MI 48121


Fresh Cut
28802 Passages Lane
New Lenox, IL 60451


Hear Care Center - ICS Collection
P.O. Box 1010
Tinley Park, IL 60477


Illinois Collection Se
Po Box 1010
Tinley Park, IL 60477
```

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606


Internal Revenue Service
230 S. Dearborn Street
Suite 3030
Chicago, IL 60604


John Nestor
14460 Raneys Lane
Orland Park, IL 60462


Lamar
P.O. Box
Baton Rouge, LA 70896


Land Rover Capital
P.O. Box 680020
Franklin, TN 37068


Latino's Landscaping
P.O. Box 283
Joliet, IL 60432


Law Office of William J Factor
105 W Madison St
Suite 1500
Chicago, IL 60602


Lincolnway Community Bank
1000 E. Lincoln Highway
New Lenox, IL 60451


Mayo Clinic
P.O. Box 331
Elk River, MN 55330


Merchants Credit Guide
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606

```
Metro South Medical Center
P.O. Box 2753
Bedford Park, IL 60499


Metropolitan Bank Group
1110 W. 35th St.
Chicago, IL 60609


Metropolitan Bank Group
Attn: Carina Murton
2701 Algonquin Rd.
Rolling Meadows, IL 60008


Midwest Fire
P.O. Box 69
New Lenox, IL 60451


Mission Signs
11555 W 183rd Pl
Suite D
Orland Park, IL 60467


Municollofam
3348 Ridge Road
Lansing, IL 60438


National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111


North Star Trust Co.
500 W. Madison, Ste 3150
Chicago, IL 60661


Portfolio - Verison Wireless
P.O. Box 12914
Norfolk, VA 23541


Puget Sound Leasing
P.O. Box 2149
Gig Harbor, WA 98335


Regions Mortgage
P.O. Box 18001
Hattiesburg, MS 39404
```

```
Richard Johnson
1 South 443 Summit, Suite 302
Oakbrook Terrace, IL 60181


Route 20 Sewer/Water
821 Chatfuked Rd
New Lenox, IL 60451


Saddlebrook Association
5700 Saddlebrook Wat
Wesley Chapel, FL 33543


Saddlebrook Condo Association
5700 Saddlebrook Way
Wesley Chapel, FL 33543


Service Tech Heating/Cooling
P.O. Box 22
Frankfort, IL 60423


Specialty Mat
2730 Beverly Drive
Aurora, IL 60502


SPS
P.O. Box 551170
Jacksonville, FL 32255


TD Auto Finance
P. box 9001921
Louisville, KY 40290-1921


The Alps Group
One S. Dearborn, Ste 2100
Atlanta, GA 30303


Tomas Nestor, Jr.
15604 Centennial Court
Orland Park, IL 60467


United Rent a Fence
P.O. Box 2206
Des Plaines, IL 60017
```

```
Up/regionsm
Bankruptcy
Po Box 18001
Hattiesburg, MS 39404


Urban Partnership Bank
c/o SmithAmundsen LLC
150 N. Michigan Ave., Ste 3300
Chicago, IL 60601-7524


Urbank Partnership Bank
c/o SmithAmundsen LLC
150 N. Michigan Ave., Ste 3300
Chicago, IL 60601-7524


Valpak
5101 W 159th St
Oak Forest, IL 60452


World's Finest Chocolate
P.O. Box 3547
Covington, LA 70434


Wyrhsr Mtg/SPS
Po Box 65250
Salt Lake City, UT 84165
```