UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
                                              )   Case No. 12bk46964
   Thomas B Nestor, Sr.                       )
   Anna E. Nestor,                            )   Chapter 11
                                              )
           Debtor(s).                    )   Honorable Timothy A. Barnes
                                              )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF SEVENTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 5,355.00 | TOTAL COSTS REQUESTED: | $ 17.08 |
| TOTAL FEES REDUCED: | $ 1,332.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 4,022.50 | TOTAL COSTS ALLOWED: | $ 17.08 |

**TOTAL FEES AND COSTS ALLOWED: $ 4,039.58**

     The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)  Insufficient Description – TOTAL of disallowed amounts: $ 1,332.50**

     The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: _____, 2014

                                              Timothy A. Barnes
                                              United States Bankruptcy Judge

MAR 2 6 2014

| | | Forrest L. Ingram, P.C._  _Attorneys and Counsellors_  79 W. Monroe, Suite 900  Chicago, IL 60603-4907 | Anna and Tom Nestor Exhibit B | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 1/2/14 | Admin | Reviewed and organized June operating report for filing | FLI | 0.1 | $51.00 |
| 1/2/14 | Admin | Reviewed and organized July operating report for filing | FLI | 0.1 | $51.00 |
| 1/2/14 | Admin | Reviewed and organized August operating report for filing | FLI | 0.1 | $51.00 |
| 1/2/14 | Admin | Reviewed and organized September operating report for filing | FLI | 0.1 | $51.00 |
| 1/2/14 | Admin | Reviewed and organized October operating report for filing | FLI | 0.1 | $51.00 |
| 1/2/14 | Admin | Reviewed and organized November operating report for filing | FLI | 0.1 | $51.00 |
| 1/2/14 | Admin | Email to client re operating reports filed. | FLI | 0.1 | $51.00 |
| 1/4/14 | Admin | Reviewed draft of Decaratory Judgment | DAZ | 0.2 | $31.00 |
| 1/6/14 | Admin | Explain status of case to new employees, including what needs to be done and when. | FLI | 0.2 | $102.00 |
| 1/7/14 | Admin | Review and organize complaint and exhibits | DAZ | 0.1 | $15.50 |
| 1/13/14 | Admin | notice for comp. & reimbursemnt | DAZ | 0.6 | $93.00 |
| 1/17/14 | Admin | Amended Schedules | Clerk2 | 0.5 | $50.00 |
| 1/17/14 | Admin | edits to motion to vacate | DAZ | 0.3 | $46.50 |
| 1/17/14 | Admin | Filed and sent notices for motion to vacate releif from stay | DAZ | 2.0 | |
| 1/17/14 | Admin | Email to client re December opeerating report. | FLI | 0.1 | $51.00 |
| 1/17/14 | Admin | Work on amending schedules. | FLI | 0.2 | $102.00 |
| 1/23/14 | Admin | Review documents from client; complete entries for operating report for December 2013. Direct clerk to file with court. | FLI | 0.2 | $102.00 |
| 2/17/14 | Admin | Research on removing mortgage | DAZ | 1.7 | $263.50 |
| 2/20/14 | Admin | Phone conversations with Nannette Schalka of ALP re Pinoner Bank's wish to do an on-site evaluation of the Manhattan school. | FLI | 0.2 | $102.00 |
| 2/20/14 | Admin | Spoke twice with AN re on-site evauation tomorrow at 9:00 A.M. | FLI | 0.1 | $51.00 |
| 2/21/14 | Admin | Email to client re operating reports due today. | FLI | 0.1 | $51.00 |
| 2/24/14 | Admin | Research on removing mortgage | DAZ | 0.4 | $62.00 |
| 2/25/14 | Admin | Email to client re delinquent operating reports. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Admin:** | | **7.7** | **$1,530.00** |
| | Adv | Review and revise adversary complaint to declare lien extinguished. | FLI | 1.0 | $510.00 (1) |
| | Adv | Complete revisions to adversary complaint; direct DZ to prepare for filing on Monday. Send copy to clients. | FLI | 1.1 | $561.00 (1) |
| 1/3/14 | Adv | Direct DZ to research prior case law. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Adv:** | | **2.2** | **$1,122.00** |
| 1/6/14 | CM | Reviewed the response from Urban Partnership to my letter informing them that they may not proceed against Thomas and Anna Nestor individually. Spoke with client re same. | FLI | 0.1 | $51.00 |
| | CM | Discuss reerarch with clerk. | FLI | 0.1 | $51.00 |
| 1/2/14 | CM | Review and revise motion to vacate order odifying the stay for U.S. Bank to foreclose on Raney property. | FLI | 0.3 | $153.00 |
| 1/15/14 | CM | Exchange emails with client re motion to require receiver to turn over property of the debtor; review opposing counsel's response. | FLI | 0.5 | $255.00 |
| 1/17/14 | CM | Schedule briefing and hearing on Debtor's motion to vacate order lifting stay for US Bank. | FLI | 0.1 | $51.00 |
| 2/3/14 | CM | Spoke with client re negotiating with Urban Partnership and dealing with ALPS Group. | FLI | 0.3 | $153.00 |

| Date | Type | Description | Atty | Hours | Amount | |
|---|---|---|---|---|---|---|
| 2/3/14 | CM | Exchanged emails with Ian Brenson re negotiating with Urban Partnership or suing to prevent them going forward with foreclosure on the Joliet property. | FLI | 0.2 | $102.00 | |
| 2/10/14 | CM | Exchange emails with Ian Brenson re state court litigation. | FLI | 0.1 | $51.00 | |
| 2/11/14 | CM | Spoke with Ian Brenson re Urban Partnership suit and motion for summary judgment to be heard April 16. | FLI | 0.2 | $102.00 | |
| | | **Subtotal for CM:** | | **1.9** | **$969.00** | |
| 1/28/14 | DS&P | Prepare for court and court appearance re status of disclosure statement and plan, and objection to plan filed on behalf of U.S. Bank. | FLI | 0.2 | $102.00 | |
| | DS&P | Review research re eliminating liens through a confirmed plan. Direct clerk to research "cram-down". | FLI | 0.2 | $102.00 | (1) |
| 1/21/14 | | **Subtotal for DS&P:** | | **0.4** | **$204.00** | |
| 1/24/14 | Fee | Compiled documentation for fee app. | Clerk2 | 1.5 | $150.00 | |
| | Fee | Direct clerk to draft fee application. | FLI | 0.1 | $51.00 | (1) |
| 1/6/14 | Fee | Exchange emails with bookkeeper re updated statement of fees. | FLI | 0.1 | $51.00 | |
| 1/6/14 | Fee | Filing Fee App & Notice of Hearing Mailings | Clerk2 | 1.7 | $170.00 | |
| 2/5/14 | Fee | Court appearance re 56th application for fees: granted. | FLI | 0.2 | $102.00 | |
| | | **Subtotal for Fee:** | | **3.6** | **$524.00** | |
| 1/13/14 | Resrch | Research concerning lien extinguishment | DAZ | 0.6 | $93.00 | |
| | Resrch | research service rules for motion to vacate | DAZ | 0.7 | $108.50 | (1) |
| 1/7/14 | Resrch | Read and reviewed disclosure and plan drafts | DAZ | 1.0 | $155.00 | |
| 1/17/14 | Resrch | researching lien avoiding in plans | DAZ | 1.6 | $248.00 | |
| 1/20/14 | Resrch | researching 11 usc 1141 | DAZ | 0.6 | $93.00 | |
| 1/21/14 | Resrch | Research on cram down requirements. | Clerk | 2.0 | $200.00 | |
| 1/22/14 | Resrch | read objection and response | DAZ | 0.7 | $108.50 | |
| | | **Subtotal for Resrch:** | | **7.2** | **$1,006.00** | |
| | | **Total for Nestor, T & A:** | | **19.4** | **$4,265.00** | |

Totals by Nature

| | | | |
|---|---|---|---|
| Subtotal for Admin: | | 7.7 | $1,530.00 |
| Subtotal for Adv: | | 2.2 | $1,122.00 |
| Subtotal for CM: | | 1.9 | $969.00 |
| Subtotal for DS&P: | | 0.4 | $204.00 |
| Subtotal for Fee: | | 3.6 | $524.00 |
| Subtotal for Resrch: | | 7.2 | $1,006.00 |
| **Total for Nestor, T & A:** | | **23.0** | **$5,355.00** |