UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Thomas B. Nestor, Sr. and Anna E. Nestor,<br><br><br>Debtor(s) | BK No.: 12-46964<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF NINTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TOTAL FEES REQUESTED:  $ 10,170.00  TOTAL COSTS REQUESTED: $ 37.44
TOTAL FEES REDUCED:      $ 791.00       TOTAL COSTS REDUCED: $ 0.00
TOTAL FEES ALLOWED:  $ 9,379.00     TOTAL COSTS ALLOWED: $ 37.44

TOTAL FEES AND COSTS ALLOWED: $ 9,416.44

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1) Computational or Typographical Error – TOTAL of disallowed amounts: $ 204.00

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. The marked entries were charged in related cases and have been allowed in those cases.

(2) Clerical Work Not Compensable – TOTAL of disallowed amounts: $ 230.00

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. In re Dimas, LLC, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing Missouri v. Jenkins, 491 U.S. 274, 288 n. 10 (1989)). See also In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(3) No Benefit to the Estate – TOTAL of disallowed amounts: $ 357.00

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Collection of attorney's fees confers no benefit to the estate, only to the attorney.

Enter:

United States Bankruptcy Judge

Dated: 30 JUL 2014

**Prepared by:**

| | | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | **Anna and Tom Nestor**<br>**Exhibit B** | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 5/21/14 | Admin | Review and file operating report for April 2014. Email to client re details on report. | FLI | 0.2 | $102.00 |
| 6/4/14 | Admin | Prepare for court to report on status of case; inform court of potential sale of two properties and amending of DS&P; discuss adversary vs. UPB and briefing schedule on UPB's motiont o dismiss. | FLI | 0.5 | $255.00 |
| 6/4/14 | Admin | Email to clients re results of court hearing this morning and steps that need to be taken to avoid conversion or dismissal of the case. | FLI | 0.3 | $153.00 |
| 6/5/14 | Admin | Exchange email with client re sale of real propeerty. | FLI | 0.1 | $51.00 |
| 6/6/14 | Admin | Email to client re issues raised by trustee in the motion to dismiss, as well as other matters. | FLI | 0.2 | $102.00 |
| 6/17/14 | Admin | Exchange emails with A. Nestor re meeting this afternoon. | FLI | 0.1 | $51.00 |
| 6/17/14 | Admin | Summarize today's discussions and decisions about what needs to be done and send to client. | FLI | 0.3 | $153.00 |
| 6/18/14 | Admin | <u>Complete analysis of chapter 11 cases, indicating court action and work to be done.</u> | <u>FLI</u> | 0.2 | $102.00<br>(1) Typo |
| 6/19/14 | Admin | Exchange emails with client re circumstances surrounding the ransfer of property over two years ago. | FLI | 0.2 | $102.00 |
| 6/21/14 | Admin | Exchange emails with Anna Nestor re operating report due. | FLI | 0.1 | $51.00 |
| 6/24/14 | Admin | Email to client re court's approval of motion to employ broker. | FLI | 0.1 | $51.00 |
| 6/24/14 | Admin | Email to clients re May operating report and need to meet to discuss trutee's motion to convert and dismiss. | FLI | 0.2 | $102.00 |
| 6/28/14 | Admin | Email to clinet re need to amend operating report. | FLI | 0.1 | $51.00 |
| 6/28/14 | Admin | Further exchange of emils with client re meeting today, operating report, and response to trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 6/30/14 | Admin | Spoke with client re meeting today to discuss various matteers, icluding response to the trustee's motion, amending the plan and disclosure statement, and the like. | FLI | 0.2 | $102.00 |
| 6/30/14 | Admin | Prepare to meet with client; revkew various documents. | FLI | 0.2 | $102.00 |
| 6/30/14 | Admin | Spoke with T & A Nestor re operating report for May 2014 and revisions needed; spoke also by phone with Ann's sister re same. | FLI | 0.2 | $102.00 |
| 6/30/14 | Admin | Spoke with T & A Nestor re amending schedules and plan. | FLI | 0.3 | $153.00 |
| | | **Subtotal for Admin:** | | **3.6** | **$1,836.00** |
| 5/21/14 | Adv | Court appearance on motion to dismiss adversary. | FLI | 0.3 | $153.00 |
| 5/23/14 | Adv | Drafted Response to Motion to Dismiss Adversary Action | Clerk2 | 2.5 | $250.00 |
| 5/23/14 | Adv | Review and revise draft of plaintiff's response to defendant's motion to dismiss the complaint. | FLI | 0.3 | $153.00 |
| 5/27/14 | Adv | Researching law regarding invalidation of Mager Property mortgage lien | Clerk | 0.7 | $70.00 |
| 5/29/14 | Adv | Reviewing adversary complaint | Clerk | 0.5 | $50.00 |
| 5/29/14 | Adv | Reviewing UPB's motion to dismiss adversary complaint | Clerk | 0.6 | $60.00 |
| 5/29/14 | Adv | Reviewing response to UPB's motion to dismiss adversary complaint | Clerk | 0.4 | $40.00 |
| 5/29/14 | Adv | Researching law regarding strip down of Joliet Property mortgage lien | Clerk | 0.8 | $80.00 |
| 5/30/14 | Adv | Researching law regarding strip down of Joliet Property mortgage lien | Clerk | 0.3 | $30.00 |
| 5/30/14 | Adv | Preparing memo to FLI regarding adding count to adversary complaint challenging the Joliet Property lien | Clerk | 1.0 | $100.00 |
| 6/9/14 | Adv | Drafted Response to Defendant's Motion to Dismiss | Clerk2 | 1.5 | $150.00 |
| 6/9/14 | Adv | Review and revise plaintiff's response to defendant's motion to dismiss. | FLI | 0.5 | $255.00 |

| Date | Category | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 6/10/14 | Adv | Drafted Final Response to Defendant's Motion to Dismiss | Clerk2 | 1.0 | $100.00 |
| 6/10/14 | Adv | Further revisions to response to UPB's motion to dismiss the adversary complaint. Direct clerk to file. | FLI | 0.3 | $153.00 |
| 6/11/14 | Adv | Filed Response to Defendant's Motion to Dismiss | Clerk2 | 0.5 | $50.00 |
| | | **Subtotal for Adv:** | | **11.2** | **$1,694.00** |
| 5/2/14 | CM | Exchange emails with client re possible motion to amend order lifting the stay. | FLI | 0.1 | $51.00 |
| 5/2/14 | CM | Draft motion to modify order lifting the stay for the receiver. | FLI | 1.5 | $765.00 |
| 5/2/14 | CM | Email to client re motion to amend order; request more data for affidavit. | FLI | 0.1 | $51.00 |
| 5/8/14 | CM | Review report from state court attorney re judgment of foreclosure and timing for eviction action against property in Will County. | FLI | 0.1 | $51.00 |
| 5/8/14 | CM | Discuss with A. Nestor what to do about foreclosure judgment. | FLI | 0.2 | $102.00 |
| 6/19/14 | CM | Email to UPB and ALPS Group re negotiating extension of time for Children's Academy to remain in the school building in Joliet. (1) Typo | FLI | 0.2 | $102.00 |
| 6/20/14 | CM | Email to clients and Ian Brenson about UPB's proposal to allow Cildren's Academy to remain in the property until October 1. | FLI | 0.1 | $51.00 |
| 6/28/14 | CM | Spoke with A. Nestor re UPB negotiations. | FLI | 0.2 | $102.00 |
| 6/30/14 | CM | Meet with T & A Nestor to discuss negotiations with Urban Partnership Bank. | FLI | 0.5 | $255.00 |
| | | **Subtotal for CM:** | | **3.0** | **$1,530.00** |
| 5/20/14 | DS&P | Spoke with A. Nestor re meeting to discuss changes needed to disclosure statement and plan. | FLI | 0.2 | $102.00 |
| 6/16/14 | DS&P | Email to A. Nestor re disclosure statement and plan. | FLI | 0.1 | $51.00 |
| | | **Subtotal for DS&P:** | | **0.3** | **$153.00** |
| 6/11/14 | Employ | Drafting motion to employ broker to sell Raneys/New Lenox lots | Clerk | 2.0 | $200.00 |
| 6/11/14 | Employ | Researching required parties to receive notice of motion to employ broker | Clerk | 0.6 | $60.00 |
| 6/11/14 | Employ | Revising motion to employ broker to sell Raneys/New Lenox lots | Clerk | 0.9 | $90.00 |
| 6/13/14 | Employ | Drafting and faxing affidavit to be signed by broker | Clerk | 1.5 | $150.00 |
| 6/16/14 | Employ | Drafting proposed order for motion to employ broker | Clerk | 0.5 | $50.00 |
| 6/16/14 | Employ | Preparing motion to employ broker for filing | Clerk | 0.2 | $20.00 |
| 6/16/14 | Employ | Filing motion to employ broker | Clerk | 0.2 | $20.00 |
| 6/16/14 | Employ | Preparing mailing of motion to employ broker (2) Clerical | Clerk | 0.3 | $30.00 |
| | | **Subtotal for Employ:** | | **6.2** | **$620.00** |
| 5/3/14 | Fee | Email to cleint re unpaid attorney fees. (3) No benefit to the estate | FLI | 0.1 | $51.00 |
| 5/19/14 | Fee | Preparing Eighth Fee Application | Clerk2 | 1.0 | $100.00 |
| 5/21/14 | Fee | Preparing and Filing Eighth Fee Application | Clerk2 | 2.5 | $250.00 |
| 5/22/14 | Fee | Mailing Notice for Eighth Fee Application (2) Clerical | Clerk2 | 2.0 | $200.00 |
| 6/17/14 | Fee | Review fee application for presentation in court tomorrow. | FLI | 0.1 | $51.00 |
| 6/17/14 | Fee | Discuss with A. Nestor various plans for making sure attorney fees would be paid. (3) No benefit to the estate | FLI | 0.3 | $153.00 |
| 6/24/14 | Fee | Review invoice and statement; direct clerks to mail. (3) No benefit to the estate | FLI | 0.1 | $51.00 |
| 6/30/14 | Fee | Spoke with T & A Nestor re payment of attorney fees generated by service to Tom and Anna Nestor. (3) No benefit to the estate | FLI | 0.2 | $102.00 |
| | | **Subtotal for Fee:** | | **6.3** | **$958.00** |
| 5/29/14 | Obj | Researching Objection to Claim of Select Portfolio Servicing | Clerk2 | 1.5 | $150.00 |
| 5/30/14 | Obj | Researched Objection to Claim of Select Portfolio Servicing | Clerk2 | 1.0 | $100.00 |
| 5/30/14 | Obj | Drafted Objection to Claim of SPS | Clerk2 | 2.0 | $200.00 |
| | | **Subtotal for Obj:** | | **4.5** | **$450.00** |
| 5/22/14 | Resrch | Researching Response to Motion to Dismiss Adversary Action | Clerk2 | 0.5 | $50.00 |
| 5/23/14 | Resrch | Researching Response to Motion to Dismiss Adversary Action | Clerk2 | 2.0 | $200.00 |

| Date | Category | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 5/28/14 | Resrch | Researching Lien Issues related to Adversary Action | Clerk2 | 1.0 | $100.00 |
| | | **Subtotal for Resrch:** | | **3.5** | **$350.00** |
| 5/6/14 | SaleRE | Spoke with A. Nestor re wish to engage real estate broker to sell Raneys Lane property and New Lenox property. | FLI | 0.4 | $204.00 |
| 6/3/14 | SaleRE | Discuss with clerk the contours of a motion to sell Raneys property. | FLI | 0.1 | $51.00 |
| 6/4/14 | SaleRE | Review listing agreement for New Lenox property; send email to client re same. | FLI | 0.2 | $102.00 |
| 6/6/14 | SaleRE | Exchange several emails with A. Nestor re sale of property. | FLI | 0.2 | $102.00 |
| 6/7/14 | SaleRE | Exchange emails with client re need for revised broker's agreemetn. | FLI | 0.1 | $51.00 |
| 6/10/14 | SaleRE | Exchange emails with B. Nestor re Romeoville property. | FLI | 0.1 | $51.00 |
| 6/11/14 | SaleRE | Review and revise draft of motion to engage real estate broker. | FLI | 0.2 | $102.00 |
| 6/16/14 | SaleRE | Review and revise motion to employ broker. | FLI | 0.1 | $51.00 |
| 6/19/14 | SaleRE | Obtained Deed from Romeoville Property | Clerk2 | 0.3 | $30.00 |
| 6/19/14 | SaleRE | Investigated Ownership of Romeoville, Vacant/School + Recorded Liens | Clerk2 | 0.5 | $50.00 |
| 6/24/14 | SaleRE | Prepare for court and court appearance re motion to employ Keller Williams Realty as broker to sell the Debtors' Orland Park property and their New Lenox property. The court granted the motion. | FLI | 0.5 | $255.00 |
| 6/30/14 | SaleRE | Meet with T & A Nestor to discuss sale of Raneys Lane and New Lenox properties. | FLI | 0.2 | $102.00 |
| | | **Subtotal for SaleRE:** | | **2.9** | **$1,151.00** |
| 5/22/14 | Trste | Email to client re obligation to pay trustee quarterly fees. | FLI | 0.1 | $51.00 |
| 6/4/14 | Trste | Court appearance re status on all matteers; trustee filed motion to convert or dismiss. | FLI | 0.4 | $204.00 |
| 6/28/14 | Trste | Research case docket and documents; draft response to trustee's motion to dismiss or convert the case. | FLI | 1.8 | $918.00 |
| 6/30/14 | Trste | Reviewed with T & A Nestor the draft of a response to the trustee's motion to convert or dismiss. Obtain relevant information to include in the response. | FLI | 0.5 | $255.00 |
| | | **Subtotal for Trste:** | | **2.8** | **$1,428.00** |
| | | Subtotal for Admin: | | 3.6 | $1,836.00 |
| | | Subtotal for Adv: | | 11.2 | $1,694.00 |
| | | Subtotal for CM: | | 3.0 | $1,530.00 |
| | | Subtotal for DS&P: | | 0.3 | $153.00 |
| | | Subtotal for Employ: | | 6.2 | $620.00 |
| | | Subtotal for Fee: | | 6.3 | $958.00 |
| | | Subtotal for Obj: | | 4.5 | $450.00 |
| | | Subtotal for Resrch: | | 3.5 | $350.00 |
| | | Subtotal for SaleRE: | | 2.9 | $1,151.00 |
| | | Subtotal for Trste: | | 2.8 | $1,428.00 |
| | | **Total for Nestor, T & A** | | **44.3** | **$10,170.00** |