UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12bk46964 |
| Thomas B Nestor, Sr. | ) | |
| Anna E. Nestor, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 33,805.00 | TOTAL COSTS REQUESTED: | $ 72.88 |
| TOTAL FEES REDUCED: | $ 7,089.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 26,716.00 | TOTAL COSTS ALLOWED: | $ 72.88 |

**TOTAL FEES AND COSTS ALLOWED: $ 26,788.88**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     No Benefit to the Estate – TOTAL of disallowed amounts: $ 1,989.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). In this case, counsel charged many entries for amendment of schedules which were never filed. Additionally, counsel's efforts in getting payment only benefit counsel, not the estate.

**(2)     Insufficient Description/Vague – TOTAL of disallowed amounts: $ 1,836.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(3)     Unreasonable Time – TOTAL of disallowed amounts: $ 3,264.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s),

and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

Dated: _____ , 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

- 1 OCT 2014

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| | | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | **Anna and Tom Nestor**<br>**Exhibit B** | | |
| 7/2/14 | Admin | Review and revise operating report; send email to client about same. Direct clerk to file. | FLI | 0.1 | $51.00 |
| 7/7/14 | Admin | Spoke with A. Nestor, review schedules; email her about need to file an amendment to the schedules. | FLI | 0.2 | $102.00 |
| 7/7/14 | Admin | Review letters from Route 30 Sewer and Water LLC to the real estate agent and the attorneys representing Urban Partnership, and draft a detailed request for information to client. | FLI | 0.2 | $102.00 |
| 7/7/14 | Admin | Review changes needed in Schedules A, D, and E; make the changes and send to client with questions.           (1) No benefit to estate. | FLI | 0.5 | $255.00 |
| 7/7/14 | Admin | Email to client about further changes needed in Schedule F; (1) No benefit to estate. | FLI | 0.4 | $204.00 |
| 7/8/14 | Admin | Exchange emails with client about amending schedules. (1) No benefit to estate. | FLI | 0.2 | $102.00 |
| 7/9/14 | Admin | Email to clients copies of documents to be reviewed and discussed tomorrow at a meeting. | FLI | 0.1 | $51.00 |
| 7/12/14 | Admin | Review and amend schedules; prepare for filing.       (1) No benefit to estate. | FLI | 0.2 | $102.00 |
| 7/15/14 | Admin | Exchange emails with A. Nestor about the death this morning of her mother. | FLI | 0.1 | $51.00 |
| 7/16/14 | Admin | Review documents and prepare for court. | FLI | 0.1 | $51.00 |
| 7/16/14 | Admin | Court appearance about status of case. | FLI | 0.1 | $51.00 |
| 7/16/14 | Admin | Spoke with A. Nestor re court's orders entered today; discuss ongoing strategies about various aspects of the case. | FLI | 0.2 | $102.00 |
| 7/17/14 | Admin | Email to client about June operating report coming due. | FLI | 0.1 | $51.00 |
| 7/18/14 | Admin | Spoke with Ian Brenson about status of chapter 11 case. | FLI | 0.1 | $51.00 |
| 7/21/14 | Admin | Exchange emails with client about operating report and payment of trustee quarterly fees. | FLI | 0.1 | $51.00 |
| 7/22/14 | Admin | Filed June 2014 Operating Report | Clerk2 | 0.5 | $50.00 |
| 7/22/14 | Admin | Review June operating report; direct clerk to prepare it for filing. | FLI | 0.1 | $51.00 |
| 7/28/14 | Admin | Examine numerous files relating to various issues of the Debtors, including adversaries, contested matters, objections to claims, and sale of real estate. Organize files.                (2) Vague | FLI | 1.0 | $510.00 |
| 7/29/14 | Admin | Amend schedules A, B, and D. Send to client with request for more information and commentary.          (1) No benefit to estate. | FLI | 0.5 | $255.00 |
| 7/30/14 | Admin | Exchange emails with client about revisions to amended schedules A and B.                (1) No benefit to estate. | FLI | 0.2 | $102.00 |
| 7/30/14 | Admin | Exchange emails with client about amending schedules. Discuss removing various listings and altering value amounts.  (1) No benefit to estate. | FLI | 0.2 | $102.00 |
| 7/31/14 | Admin | Delivered Trustee's Fees to Dirksen Federal Building (at $50.00/hour) | Clerk2 | 0.3 | $15.00 |
| 8/6/14 | Admin | Prepare for court hearing on 8/20/14 on Tom and Anna Nestor's chapter 11 case and Children's Academy of Learning, Inc.'s case.  (1) No benefit to estate. | FLI | 0.7 | $357.00 |
| 8/6/14 | Admin | Email to clients about work to be done to prepare for 8/20/14 hearing. | FLI | 0.1 | $51.00 |
| 8/6/14 | Admin | Exchange emails with client about preparing for status hearing. | FLI | 0.2 | $102.00 |
| 8/11/14 | Admin | Examine schedules with a view to amending them; send copies to clients with questions about various items.     (1) No benefit to estate. | FLI | 0.8 | $408.00 |
| 8/19/14 | Admin | Email to client about status hearing set for tomorrow, and all the issues to be considered by the court; discuss dismissal of the case and other issues with client. | FLI | 0.2 | $102.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/19/14 | Admin | Prepare for meeting with client about questions that might be posed by the trustee or the court about dismissal of the case. | FLI | 0.2 | $102.00 |
| 8/19/14 | Admin | Meet with A. Nestor about documents needed for court tomorrow. | FLI | 0.5 | $255.00 |
| 8/20/14 | Admin | Prepare for court; organize items for presentation and hearing. | FLI | 0.2 | $102.00 |
| 8/20/14 | Admin | Email to client to explain the implications of what happened in court this morning in their chapter 11 case. | FLI | 0.2 | $102.00 |
| 8/20/14 | Admin | Review and print out notices of all the orders entered today. (2) Vague | FLI | 0.1 | $51.00 |
| 8/26/14 | Admin | Spoke with client about operating report due 8/21/14. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Admin:** | | **8.8** | **$4,145.00** |
| 7/5/14 | Adv | Review complaint, motion to dismiss, response, and reply. | FLI | 0.4 | $204.00 |
| 7/8/14 | Adv | Prepare for argument with UPB on motion to dismiss adversary; review documents and files and clerk's research; discuss issues with clerk. | FLI | 0.5 | $255.00 |
| 7/16/14 | Adv | Court appearance for status on motion of UPB to dismiss adversary; oral argument and hearing set for 7/22/14 at 11:00 A.M. | FLI | 0.2 | $102.00 |
| 7/21/14 | Adv | Review complaint, motion to dismiss, response, and reply. Direct clerk to research issue for court tomorrow; prepare argument. | FLI | 0.5 | $255.00 |
| 7/22/14 | Adv | Prepare for court; research 541(a), FRCP 60(b) and (d), read cases; draft an outline for argument | FLI | 0.7 | $357.00 |
| 7/22/14 | Adv | Court appearance for UPB's motion to dismiss adversary; argue issues; court granted UPB's motion. | FLI | 2.0 | $1,020.00 |
| 7/22/14 | Adv | Email to A. Nestor to explain the court's granting of UPB's motion to dismiss the adversary; discuss the impact of same on Debtors' case. | FLI | 0.2 | $102.00 |
| 7/28/14 | Adv | Drafted Second Adversary Complaint (argument to double as possible objection to lift stay of UPB) | Clerk2 | 2.0 | $200.00 |
| 7/28/14 | Adv | Review and revise draft of adversary complaint to declare void the lien of UPB against the New Lenox vacant lot. | FLI | 0.1 | $51.00 |
| 7/29/14 | Adv | Drafted Second Adversary Complaint | Clerk2 | 1.0 | $100.00 |
| 7/29/14 | Adv | Thoroughly revise adversary complaint; send draft to client for review. | FLI | 0.7 | $357.00 |
| 7/30/14 | Adv | Exchange emails with client on revisions to draft of adversary against UPB. | FLI | 0.1 | $51.00 |
| 7/30/14 | Adv | Further revisions to adversary complaint and exhibits to be attached to it. | FLI | 0.5 | $255.00 |
| 8/2/14 | Adv | Exchange emails with client on additional facts to include in adversary. | FLI | 0.1 | $51.00 |
| 8/4/14 | Adv | Filed Adversary Complaint against UPB | Clerk2 | 0.5 | $50.00 |
| 8/4/14 | Adv | Thoroughly revise adversary; add counts. Direct clerk to file. | FLI | 1.8 | $918.00 |
| 8/4/14 | Adv | Email to client with copy of adversary complaint and exhibit. | FLI | 0.1 | $51.00 |
| 8/4/14 | Adv | Communicate with opposing counsel about filing of adversary, but willingness to settle. | FLI | 0.1 | $51.00 |
| 8/4/14 | Adv | Draft motion for TRO and sanctions; revise. Direct clerk to file. | FLI | 1.5 | $765.00 |
| 8/4/14 | Adv | Email to Ian Brenson with copy of adversary and proposed motion. | FLI | 0.1 | $51.00 |
| 8/7/14 | Adv | Review and revise motion for TRO; direct clerk to draft notice of motion and proposed order. File with the court. | FLI | 0.5 | $255.00 |
| 8/8/14 | Adv | Prepare and file corrected version of motion for TRO | FLI | 0.2 | $102.00 |
| 8/11/14 | Adv | Exchange emails with W. Hackney re New Lenox Lot sale put on hold. Email to client about same. | FLI | 0.1 | $51.00 |
| 8/21/14 | Adv | Email to client on matters continued to 8/27/14, including adversary status and motion for TRO, as well as UPB's motion to lift stay. | FLI | 0.2 | $102.00 |
| 8/26/14 | Adv | Spoke with client about information to support adversary against UPB. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Adv:** | | **14.3** | **$5,858.00** |
| 7/2/14 | CM | Review notes from discussions with client; draft follow up proposal to Wm. Hackney re settlement with UPB and the ALPS Group. | FLI | 0.5 | $255.00 |
| 7/2/14 | CM | Review response by Wm. Hackney re UPB's refusal to consider the Nestors' counter proposal. | FLI | 0.1 | $51.00 |

| Date | Code | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 7/2/14 | CM | Email to clients re actions to be taken subsequent to UPB's response. | FLI | 0.2 | $102.00 |
| 7/24/14 | CM | Exchange various emails with client re UPB's scheduled sheriff's sale of two properties--Joliet and New Lenox. | FLI | 0.2 | $102.00 |
| 7/24/14 | CM | Spoke with A. Nestor re receipt of a notice of sale of the New Lenox vacant lot. | FLI | 0.2 | $102.00 |
| 7/24/14 | CM | Send an email to William Hackney, attorney for UPB, warning him of sanction to be sought against UPB if it does not discontinue its attempt to sell the New Lenox property. | FLI | 0.2 | $102.00 |
| 7/24/14 | CM | Exchange emails with W. Hackney re possible sanctions for proceeding against property of the estate without lifting the automatic stay. | FLI | 0.3 | $153.00 |
| 7/25/14 | CM | Research "beneficial interest in a land trust in Illinois." Review cases and direct clerk to review them as well to develop well-grounded argument against UPB seeking to sell the New Lenox lot. | FLI | 1.0 | $510.00 |
| 7/25/14 | CM | Exchange emails with client and Ian Brenson re obtaining documents establishing the land trust for the New Lenox property. | FLI | 0.2 | $102.00 |
| 7/25/14 | CM | Review documents from client; copy Land Trust Agreement and email to W. Hackney along with commentary. | FLI | 0.3 | $153.00 |
| 7/29/14 | CM | Email to W. Hackney re motion to lift stay, adversary, and settlement. | FLI | 0.1 | $51.00 |
| 7/29/14 | CM | Spoke outside court with W. Hackney re motion to lift stay, adversary, and settlement. | FLI | 0.1 | $51.00 |
| 8/12/14 | CM | Exchange emails with W. Hackney re motion to lift stay. | FLI | 0.1 | $51.00 |
| 8/17/14 | CM | Review and print tax returns for T & A. Nestor and T. Nestor Jr. for 2012. | FLI | 0.1 | $51.00 |
| 8/18/14 | CM | Email to B. Vicario with copies of the tax returns for 2012 and 2013 of Tom and Anna Nestor, as requested. | FLI | 0.1 | $51.00 |
| 8/20/14 | CM | Spoke with Wm. Hackney re his client's desire to have the Nestors' case dismissed. Spoke with A. Nestor re same. | FLI | 0.3 | $153.00 |
| 8/20/14 | CM | Court appearance re debtor's adversary against UPB, UPB's motion to lift stay and UPB's motion to dismiss adversary. Discuss issues with Wm. Hackney and R. Sukley. Get matter continued to August 27, 2014 at 10:30 A.M.. | FLI | 0.4 | $204.00 |
| 8/26/14 | CM | Spoke with Michael Leonard, accountant, re his research into the status of the loan when ShoreBank transferred it to UPB. | FLI | 0.1 | $51.00 |
| 8/26/14 | CM | Meet with Anna Nestor and her sister re information about ShoreBank and UPB. | FLI | 1.0 | $510.00 |
| 8/29/14 | CM | Email to clients, including copy of letter from East Joliet Fire Prevention District, and pictures of the school. | FLI | 0.2 | $102.00 |
| | | **Subtotal for CM:** | | **5.7** | **$2,907.00** |
| 7/8/14 | DS&P | Analyze major changes in status over the life of the chapter 11; draft the first modified chapter 11 plan. (2) Vague | FLI | 2.5 | $1,275.00 |
| 7/8/14 | DS&P | Email to client; send copy of modified plan for comment. Discuss issues in some detail. | FLI | 0.2 | $102.00 |
| 7/11/14 | DS&P | Met with client re 1st amended plan provisions. Discuss treatment of each class of claims; make changes; review related documents, including proofs of claims and attached liens. | FLI | 1.3 | $663.00 |
| 7/12/14 | DS&P | Work on amending disclosure statement: review and alter entries on some schedules; review and analyze proofs of claim. | FLI | 1.3 | $663.00 |
| 7/12/14 | DS&P | Further work on amending the disclosure statement. Send draft to client for review and comment. (3) Unreasonable Time | FLI | 1.5 | $765.00 |
| 7/12/14 | DS&P | Further work on amending the disclosure statement. Send draft to client for review and comment. (3) Unreasonable Time | FLI | 2.3 | $1,173.00 |
| 7/14/14 | DS&P | Exchange emails with client re revisions to disclosure statement. | FLI | 0.2 | $102.00 |
| 7/14/14 | DS&P | Work on further amending the disclosure statement. | FLI | 1.8 | $918.00 |

| Date | Category | Description | Person | Hours | Amount |
|---|---|---|---|---|---|
| 7/14/14 | DS&P | Further revisions to the disclosure statement    (3) Unreasonable Time | FLI | 1.3 | $663.00 |
| 7/15/14 | DS&P | Penultimate revisions of First Amended Disclosure Statement, including liquidation analysis. | FLI | 2.8 | $1,428.00 |
| 7/15/14 | DS&P | Further revisions to the 1st amended disclosure statement (3) Unreasonable Time | FLI | 2.6 | $1,326.00 |
| 7/15/14 | DS&P | Complete revisions to disclosure statement; prepare exhibits; file 1st amended disclosure statement. | FLI | 0.5 | $255.00 |
| 7/17/14 | DS&P | Revise plan of reorganization and prepare for filing. | FLI | 0.7 | $357.00 |
| 8/11/14 | DS&P | Draft Second Amended Plan; send to client for review. | FLI | 1.5 | $765.00 |
| 8/11/14 | DS&P | Begin drafting Second Amended Disclosure Statement. | FLI | 1.5 | $765.00 |
| 8/13/14 | DS&P | Work on revisions to disclosure statement; send to clients for review. | FLI | 0.5 | $255.00 |
| 7/9/14 | DS&P | Reviewed Amended Disclosure Statement and Plan | Clerk2 | 1.0 | $100.00 |
| | | **Subtotal for DS&P:** | | **23.5** | **$11,575.00** |
| 7/3/14 | Fee | Preparing 9th Interim Fee Application | Clerk2 | 1.5 | $150.00 |
| 7/3/14 | Fee | Review and revise 9th application for fees; direct clerk to make certain changes and then to file and serve. | FLI | 0.2 | $102.00 |
| 7/3/14 | Fee | Email to client with copy of the 9th fee application and the current billing. Discuss what has to be done by July 16. | FLI | 0.1 | $51.00 |
| 7/7/14 | Fee | Preparing 9th fee application | Clerk | 4.0 | $400.00 |
| 7/23/14 | Fee | Email to client re payment of attorney fees.    (1) No benefit to estate | FLI | 0.1 | $51.00 |
| 7/29/14 | Fee | Spoke with A. Nestor re payment of attorney fees.  Email re same.(1) No benefit | FLI | 0.1 | $51.00 |
| 7/29/14 | Fee | Prepare for court hearing tomorrow on 9th fee app. | FLI | 0.1 | $51.00 |
| 7/30/14 | Fee | Court appearance re 9th fee app. Order entered. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Fee:** | | **6.3** | **$958.00** |
| 7/12/14 | Obj | Exchange emails with client re objecting to the claim of Puget Sound. | FLI | 0.1 | $51.00 |
| 7/12/14 | Obj | Review claims docket; review specific claims; direct clerks to examine more thoroughly and prepare objections to be filed. | FLI | 0.5 | $255.00 |
| 7/14/14 | Obj | Preparing objection to the claim of Illinois Dept. of Revenue | Clerk | 1.0 | $100.00 |
| 7/14/14 | Obj | Filing objection to the claim of Illinois Dept. of Revenue | Clerk | 0.4 | $40.00 |
| 7/14/14 | Obj | Drafted Objection of Puget Sound Claim | Clerk2 | 1.0 | $100.00 |
| 7/14/14 | Obj | Direct JJ to research possible objection to IDR claim. | FLI | 0.1 | $51.00 |
| 7/14/14 | Obj | Exchange emails with client re objections to several claims.. | FLI | 0.3 | $153.00 |
| 7/14/14 | Obj | Direct JJ to draft objection to Puget Sound claim. | FLI | 0.1 | $51.00 |
| 7/14/14 | Obj | Send 3 more POCs to the Nestors for review, requesting the bases for objection to Claims 10, 11, and 13. | FLI | 0.3 | $153.00 |
| 7/14/14 | Obj | Review and revise objection to claim 14 (RAM) and proposed order.. Direct JJ to make changes and file. | FLI | 0.1 | $51.00 |
| 7/14/14 | Obj | Exchange various emails with client re potential objections to various claims. | FLI | 0.3 | $153.00 |
| 7/14/14 | Obj | Direct AB to study documents and draft objection to the Puget Sound Leasing claim, Claim No. 4. | FLI | 0.1 | $51.00 |
| 7/14/14 | Obj | Review and thoroughly revise objection to Puget Sound proof of claim No. 4. | FLI | 0.2 | $102.00 |
| 7/15/14 | Obj | Preparing objection to the claim of Saddlebrook | Clerk | 0.2 | $20.00 |
| 7/15/14 | Obj | Filing objection to the claim of Saddlebrook | Clerk | 0.3 | $30.00 |
| 7/15/14 | Obj | Preparing objection to the claim of Regions Bank | Clerk | 0.4 | $40.00 |
| 7/15/14 | Obj | Filing objection to the claim of Regions Bank | Clerk | 0.3 | $30.00 |
| 7/15/14 | Obj | Drafted Objection of Regions Bank Claim | Clerk2 | 0.5 | $50.00 |
| 7/15/14 | Obj | Drafted Objection of U.S. Bank Claim | Clerk2 | 0.5 | $50.00 |
| 7/15/14 | Obj | Drafted Objection of Saddlebrook Claim | Clerk2 | 1.0 | $100.00 |
| 7/15/14 | Obj | Review and revise objection to Claim 15 of Saddlebrook; direct clerk to make revisions and file. | FLI | 0.1 | $51.00 |

| Date | Type | Description | By | Hours | Amount |
|---|---|---|---|---|---|
| 7/15/14 | Obj | Review and revise objection to Claim 16 of Regions Bank; direct clerk to make revisions and file. | FLI | 0.2 | $102.00 |
| 7/15/14 | Obj | Review several other claims and direct clerk to do research and/or to draft them further. | FLI | 0.2 | $102.00 |
| 7/17/14 | Obj | Drafted Final Objection to Puget Sound Leasing | Clerk2 | 1.5 | $150.00 |
| 7/17/14 | Obj | Filed Objection to Puget Sound Leasing | Clerk2 | 0.3 | $30.00 |
| 7/17/14 | Obj | Spoke with M. Weis re his client's claim against Academy III and tom Nestor, Jr., not against Tom Nestor, Sr. | FLI | 0.1 | $51.00 |
| 7/17/14 | Obj | Review and revise draft of objection to claim of Puget Sound. Direct clerk to file. | FLI | 0.2 | $102.00 |
| 7/18/14 | Obj | Drafted Objection of U.S. Bank Claim | Clerk2 | 2.5 | $250.00 |
| 7/18/14 | Obj | Filed Objection to U.S. Bank | Clerk2 | 0.3 | $30.00 |
| 7/18/14 | Obj | Drafted Objection of Land Rover Claim | Clerk2 | 1.0 | $100.00 |
| 7/21/14 | Obj | Drafted Objection of Land Rover Claim | Clerk2 | 1.0 | $100.00 |
| 7/21/14 | Obj | Emailed Anna Nestor about possible claim objections and formulated plan for which objections to file | Clerk2 | 0.5 | $50.00 |
| 7/21/14 | Obj | Email to client re objections to claims | FLI | 0.1 | $51.00 |
| 7/21/14 | Obj | Review and approve objection to Land Rover's claim. | FLI | 0.1 | $51.00 |
| 7/21/14 | Obj | Instruct clerk re drafting an email to client re five claims to be objected to; revised draft and direct clerk to send. | FLI | 0.1 | $51.00 |
| 7/21/14 | Obj | Review and revise objection to claim of Land Rover. Direct clerk to make changes, compose Proposed Order, and file. | FLI | 0.2 | $102.00 |
| 7/22/14 | Obj | Preparing and filing objection to the claim of World's Finest | Clerk | 0.5 | $50.00 |
| 7/22/14 | Obj | Preparing and filing objection to the claim of A Fresh Cut | Clerk | 0.5 | $50.00 |
| 7/22/14 | Obj | Filed Objection to Land Rover Claim | Clerk2 | 0.3 | $30.00 |
| 7/22/14 | Obj | Drafted Objection to World's Finest Claim | Clerk2 | 1.5 | $150.00 |
| 7/22/14 | Obj | Drafted Objection to A Fresh Cut Landscaping Claim | Clerk2 | 1.0 | $100.00 |
| 7/22/14 | Obj | Final review of objection to claim 9-2 of Land Rover. Direct clerk to make changes and file. | FLI | 0.1 | $51.00 |
| 8/20/14 | Obj | Court appearance re objections to claims of various alleged creditors; court sustained most objections. Claim of Land Rover Capital Group continued to 10/29/14; claim of Regions Bank must be properly served under Rule 7004. | FLI | 0.5 | $255.00 |
| 8/20/14 | Obj | Revise notice and objection to claim 16 of Regions Bank; file with the court and serve on CEO of the bank. | FLI | 0.2 | $102.00 |
| 8/20/14 | Obj | File in Judge Barnes follow box two proposed orders sustaining the Debtor's objections to the claims of Puget Sound and Fresh Cut Landscaping. | FLI | 0.1 | $51.00 |
| 8/21/14 | Obj | Exchange emails with A. Nestor re objection to POC of Regions Bank; send her a copy of same. | FLI | 0.1 | $51.00 |
| 8/21/14 | Obj | Revise proposed orders to four objections to claims and email them to the inbox of Judge Barnes; send copies to clients. | FLI | 0.8 | $408.00 |
| 8/21/14 | Obj | Exchange emails with client re several objections to claims. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Obj:** | | **21.9** | **$4,404.00** |
| 7/8/14 | Resrch | Researched UPB Adversary for defenses | Clerk2 | 1.5 | $150.00 |
| 7/14/14 | Resrch | Researched Secured Portion of Puget Claim | Clerk2 | 1.5 | $150.00 |
| 7/15/14 | Resrch | Researched True Leases versus Distinguished for Puget Claim | Clerk2 | 1.0 | $100.00 |
| 7/22/14 | Resrch | Researched whether a land trust beneficiary was equitably part of the bankruptcy estate | Clerk2 | 0.5 | $50.00 |
| 7/25/14 | Resrch | Researched land trust beneficiaries and sanctions for a creditor violating the automatic stay | Clerk2 | 4.0 | $400.00 |
| 7/28/14 | Resrch | Researched land trust beneficiaries as part of bankruptcy estate | Clerk2 | 1.0 | $100.00 |

| Date | Code | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | **Subtotal for Resrch:** | | 9.5 | $950.00 |
| 7/28/14 | SaleRE | Exchange several emails with A. Nestor re sale of New Lenox Lot. | FLI | 0.2 | $102.00 |
| 7/28/14 | SaleRE | Spoke with appraiser of two properties re values and sale prices. | FLI | 0.1 | $51.00 |
| 8/5/14 | SaleRE | Spoke with client re offer on Raneys Lane property, status of shifting real estate values. | FLI | 0.1 | $51.00 |
| | | **Subtotal for SaleRE:** | | 0.4 | $204.00 |
| 7/1/14 | Trste | Drafting Response to Trustee's Motion to Convert/Dismiss | Clerk2 | 1.0 | $100.00 |
| 7/5/14 | Trste | Review response to trustee's motion; prepare for hearing. | FLI | 0.1 | $51.00 |
| 7/7/14 | Trste | Revised Trustee's Motion to Convert/Dismiss | Clerk2 | 1.0 | $100.00 |
| 7/7/14 | Trste | Revise draft of response to trustee's motion. Email to client re filing response to trustee's motion to convert or dismiss and need to receive administrative expense before filing. | FLI | 0.2 | $102.00 |
| 7/9/14 | Trste | Final revision to draft of Debtor's response to trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 7/10/14 | Trste | Email to client re meeting to finalize response to trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 7/11/14 | Trste | Met with client re response to trustee's motion to convert or dismiss. Get approval. Direct clerk to file and serve response. | FLI | 0.2 | $102.00 |
| 7/14/14 | Trste | Email to trustee re need to discuss with him the Debtors' response to his motion to convert or dismiss the chapter 11 case. | FLI | 0.2 | $102.00 |
| 7/16/14 | Trste | Spoke with trustee re continuing his motion to August 20. | FLI | 0.1 | $51.00 |
| 7/16/14 | Trste | Court appearance re trustee's motion to convert or dismiss; motion continued to 8/20/14 at 10:30 A.M. | FLI | 0.1 | $51.00 |
| 7/16/14 | Trste | Email to clients re court's ruling re trustee's motion to convert or dismiss; continued to 8/20/14 | FLI | 0.1 | $51.00 |
| 7/22/14 | Trste | Exchange emails with Bob Wakefield and A. Nestor re client's complaint that trustee fee checks were not accounted for. | FLI | 0.1 | $51.00 |
| 7/25/14 | Trste | Email to client to respond to inquiry of trustee about payment of quarterly fees. | FLI | 0.1 | $51.00 |
| 7/29/14 | Trste | Calculate trustee hourly fees for client; send to client with request for check to the trustee. Spoke with client re same. | FLI | 0.2 | $102.00 |
| 7/30/14 | Trste | Meet with A. Nestor to obtain check for trustee's quarterly fees. | FLI | 0.1 | $51.00 |
| 8/12/14 | Trste | Exchange emails with trustee re payment of quarterly trustee fees. | FLI | 0.1 | $51.00 |
| 8/20/14 | Trste | Email to trustee re continuing motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 8/20/14 | Trste | Court appearance re trustee's motion to convert or dismiss; obtain order continuing hearing to 10/29/14. | FLI | 0.2 | $102.00 |
| 8/22/14 | Trste | Exchange emails with R. Sukley re motion to dismiss or convert and other matters. | FLI | 0.1 | $51.00 |
| 8/23/14 | Trste | Email to clients re meeting to discuss trustee's motion to convert or dismiss the chapter 11 case. | FLI | 0.1 | $51.00 |
| 8/25/14 | Trste | Prepare for meeting with client to discuss pros and cons of allowing the trustee to have the case dismissed without a fight. | FLI | | $0.00 |
| 8/25/14 | Trste | Meet with A. Nestor to discuss issues, pros and cons, with respect to the trustee's motion to dismiss the chapter 11 case. | FLI | 2.0 | $1,020.00 |
| 8/26/14 | Trste | Email to trustee re Debtors' opposition to trustee's motion to dismiss. | FLI | 0.2 | $102.00 |
| 8/26/14 | Trste | Exchange emails with Wm. Hackney re opposing the trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 8/26/14 | Trste | Review R. Sukley's response to my prior email; share info with client re trustee's concerns. | FLI | 0.1 | $51.00 |
| | | **Subtotal for Trste:** | | 6.7 | $2,597.00 |
| 7/12/14 | Tx | Review POC of Ill. DOR; email to client re notice of lien. Direct clerks to research issue. | FLI | 0.1 | $51.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/5/14 | Tx | Discuss with A. Nestor possible negotiations with the IRS re taxes due. | FLI | 0.1 | $51.00 |
| 8/21/14 | Tx | Exchanged emails with A. Nestor re IRS claim and its lien against property no longer owned by the debtors. | FLI | 0.2 | $102.00 |
| | | **Subtotal for Tx:** | | **0.4** | **$204.00** |
| | | **Subtotal for Admin:** | | **8.8** | **$4,145.00** |
| | | **Subtotal for Adv:** | | **14.3** | **$5,858.00** |
| | | **Subtotal for CM:** | | **5.7** | **$2,907.00** |
| | | **Subtotal for DS&P:** | | **23.5** | **$11,575.00** |
| | | **Subtotal for Obj:** | | **21.9** | **$4,404.00** |
| | | **Subtotal for Tx:** | | **0.4** | **$204.00** |
| | | **Subtotal for Fee:** | | **6.3** | **$958.00** |
| | | **Subtotal for Resrch:** | | **9.5** | **$950.00** |
| | | **Subtotal for SaleRE:** | | **0.4** | **$204.00** |
| | | **Subtotal for Trste:** | | **6.7** | **$2,597.00** |
| | | **Total for Nestor, T & A:** | | **97.5** | **$33,802.00** |